UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22225-DPG

AMIN LAKHANI,

    Plaintiff,

vs.

AVIGDOR LANDMAN, JOSE LANDMAN,
SANDRA LAPCIUC, and VICKY
LANDMAN, and Trustees of the AVIGDOR
LANDMAN REVOCABLE LIVING TRUST
and FUNGHI AMERICANA, INC d/b/a
PORTABELLO RISTORANTE,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated: January 3, 2023

| | |
|---|---|
| */s/ Glenn Goldstein* | */s/ Paul De Boe* |
| Glenn R. Goldstein, Esq. | Patrick F. Martin |
| Florida Bar No. 55873 | Florida Bar No. 998729 |
| ggoldstein@g2legal.net | pfmartin@ogletree.com |
| Glenn R. Goldstein & Assoc,. PLLC | Paul J. De Boe, Esq. |
| 8101 Biscayne Blvd., Ste. 504 | Florida Bar No.: 52051 |
| Miami, Florida 33138 | paul.deboe@ogletreedeakins.com |
| Telephone: 305.900.2373 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *Counsel for Plaintiff* | Two Datran Center |
| | 9130 S. Dadeland Boulevard, Suite 1625 |
| | Miami, Florida 33156 |
| | Telephone: 305.374.0506 |
| | |
| | *Counsel for Defendants* |